**WILLIAM J. SMITH - #056116**
**KIRBY F. CAÑON #276414**
**SMITH JOHNSON, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

**MARÍA G. DÍAZ #220087**
**THE DIAZ LAW FIRM**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile
Maria@mdiazlaw.com

Attorneys for Plaintiff, XIAOHUA SONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA SONG,<br><br>             Plaintiff,<br><br>vs.<br><br>MEDRP INTERNATIONAL, INC., a Tennessee corporation, and SVEN MARTINEZ, an individual,<br><br>             Defendants. | Case No. 1:11-CV-01327 AWI-GSA<br><br>*AMENDED* STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER |

Under Federal Rule of Civil Procedure 16(b)(4), good cause exists to modify the Court's standing Scheduling Order. Good cause exists because William J. Smith, the lead Plaintiff attorney in this case, has been hospitalized numerous times in the last few months, he further underwent rotator-cuff surgery, and has been unable to return to work for several weeks at various intervals. [Declaration of Kirby F. Canon ¶¶ 3, 5-10, filed concurrently herewith] The SMITH JOHNSON law firm only has two attorneys, Mr. Smith and Mr. Canon. Mr. Canon was only hired in April 2012 and is a fairly new attorney. [Canon Decl. ¶4] On or around late August 2012, Mr. Smith was, once again, hospitalized. Due to Mr. Smith's health, all aspects of Mr. Canon's workload increased significantly. [Canon Decl. ¶9]   On or around September 18, 2012, Mr. Smith had a surgery. According to his

1  health care provider, due to Mr. Smith's medical history and the current status of his health, he will
2  require additional time to recuperate and possibly additional surgeries. [Canon Decl. ¶10]

3  To expedite the litigation, Mr. Smith secured new co-counsel, Ms. María G. Díaz, of THE
4  DIAZ LAW FIRM. [Canon Decl. ¶11] On or around August 29, 2012, I sent a meet and confer letter
5  to Ms. Summer Haro, Defendant's counsel, regarding the aforementioned issues. [Canon Decl. ¶12]
6  A few days later, Ms. Haro agreed to enter into a stipulation to modify the Court's standing
7  Scheduling Order. [Canon Decl. ¶13]  Ms. María G. Díaz, filed an Association of Counsel on or
8  about September 13, 2012. [Canon Decl. ¶14]  To date, the Parties have engaged in diligent written
9  discovery, yet Mr. Smith's health has affected the scheduling of some depositions. With new counsel,
10 we are now moving forward with depositions. [Canon Decl. ¶15]  Given Mr. Smith's illness and the
11 addition of new Counsel to assist with the case, the parties believe there is good cause to extend the
12 deadlines in the scheduling order by three-months. [Canon Decl. ¶16]  This will allow new counsel
13 to learn the case and for the parties to conduct the necessary depositions and adequately prepare for
14 trial. The parties agree that there would be no undue prejudice to either party in extending the
15 scheduling order. [*Id*]

16 Based on the foregoing good cause , it is hereby stipulated and agreed by the parties hereto,
17 and their respective attorneys of record, that the Scheduling Order be amended as follows to allow the
18 parties to conduct the discovery necessary to prepare for trial.

19     1. Initial Disclosures: February 16, 2012.
20     2. Non-Expert Discovery: January 31, 2013.
21     3. Expert Disclosure: January 31, 2013.
22     4. Supplemental Expert Disclosures: February 14, 2013.
23     5. Expert Discovery: March 4, 2013.
24     6. Non-Dispositive Motion Filing Deadline: March 11, 2013.
25     7. Dispositive Motion Filing Deadline: March 25, 2013.
26     8. Settlement Conference: To be set by the Court
27     9. Pre-Trial Conference:  June 20, 2013.
28

10. Trial: July 30, 2013 (5-7 Days)

Dated: September 20, 2012

SMITH JOHNSON, INC.

/s/ KIRBY F. CAÑON

KIRBY F. CAÑON, Attorneys for Plaintiff
XIAOHUA SONG

THE DIAZ LAW FIRM

/s/ MARÍA G. DÍAZ

MARÍA G. DÍAZ, Attorney for Plaintiff
XIAOHUA SONG

GOODMAN & ASSOCIATES

/s/ SUMMER D. HARO

SUMMER D. HARO, Attorneys for Defendant
MEDRP INTERNATIONAL, INC., now
known as LATITUDE 36

# **ORDER**

GOOD CAUSE HAVING BEEN SHOW, IT IS ORDERED, that the Scheduling Conference Order be amended as follows:

1. Initial Disclosures: February 16, 2012.
2. Non-Expert Discovery: January 31, 2013.
3. Expert Disclosure: January 31, 2013.
4. Supplemental Expert Disclosures: February 14, 2013.
5. Expert Discovery: March 4, 2013.
6. Non-Dispositive Motion Filing Deadline: March 11, 2013.
7. Dispositive Motion Filing Deadline: March 25, 2013.
8. Settlement Conference: To be set by the Court
9. Pre-Trial Conference:  June 20, 2013.
10. Trial: July 30, 2013 (5-7 Days)

IT IS SO ORDERED.

Dated:   **September 21, 2012**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

*AMENDED* **STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER,**
**Case No. 1:11-CV-01327 AWI-GSA**