**WILLIAM J. SMITH - #056116**
**KIRBY F. CAÑON #276414**
**SMITH JOHNSON, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorneys for Plaintiff, XIAOHUA SONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA SONG,<br><br>  Plaintiff,<br><br>vs.<br><br>MEDRP INTERNATIONAL, INC., a Tennessee corporation,<br><br>  Defendant. | Case No. 1:11-CV-01327 AWI-GSA<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, XIAOHUA SONG, and Defendant, MEDRP INTERNATIONAL, INC., a Tennessee corporation, now known as LATITUDE36, INC., and through their respective counsel, that the above captioned lawsuit be and hereby is dismissed, with prejudice in its entirety, each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: January 14, 2013

SMITH JOHNSON, INC.


   /s/William J. Smith
WILLIAM J. SMITH, Attorneys for Plaintiff
XIAOHUA SONG

////

////

1   Dated: January 14, 2013                    GOODMAN & ASSOCIATES

2

3                                                /s/Summer D. Haro
                                                 Summer D. Haro, Attorneys for Defendant
4                                                MEDRP INTERNATIONAL, INC., a
                                                 Tennessee corporation, now known as
5                                                LATITUDE36, INC.,

6
                                                    * * * *
7

8                                              **ORDER**

9        The above Stipulation is hereby adopted as an order of this Court.

10

11   IT IS SO ORDERED.

12
     Dated:   January 14, 2013
13                                             _____
                                                      SENIOR  DISTRICT  JUDGE

14

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE, Case No. 1:11-CV-01327 AWI-GSA**          Page 2