1  **WILLIAM J. SMITH - #056116**
   **KIRBY F. CAÑON #276414**
2  **SMITH JOHNSON, INC.**
   2350 West Shaw Avenue, Suite 132
3  Fresno, California 93711
   (559) 432-0986 Telephone
4  (559) 432-4871 Facsimile

5  Attorneys for Plaintiff, XIAOHUA SONG

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

10 | XIAOHUA SONG,              ) | **Case No. 1:11-CV-01327 AWI-GSA**
11 |     Plaintiff,             ) | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**
12 | vs.                        ) |
13 | MEDRP INTERNATIONAL, INC., a Tennessee corporation, ) |
15 |     Defendant.             ) |

17  **IT IS HEREBY STIPULATED** by and between Plaintiff, XIAOHUA SONG, and Defendant, MEDRP INTERNATIONAL, INC., a Tennessee corporation, now known as LATITUDE36, INC., and through their respective counsel, that the above captioned lawsuit be and hereby is dismissed, with prejudice in its entirety, each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: January 14, 2013

                              SMITH JOHNSON, INC.


                               /s/William J. Smith
                              WILLIAM J. SMITH, Attorneys for Plaintiff
                              XIAOHUA SONG

////

////

1  Dated: January 14, 2013                    GOODMAN & ASSOCIATES

2

3                                              /s/Summer D. Haro
                                            Summer D. Haro, Attorneys for Defendant
4                                           MEDRP INTERNATIONAL, INC., a
                                            Tennessee corporation, now known as
5                                           LATITUDE36, INC.,

6
                                                   * * * *
7

8                                          **ORDER**

9        The above Stipulation is hereby adopted as an order of this Court.

10

11  IT IS SO ORDERED.

12
    Dated:    January 14, 2013
13                                                    SENIOR DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28